IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABREU SANTIAGO,<br><br>    Plaintiff,<br><br>v.<br><br>ARPS, INC., an Illinois corporation,<br><br>    Defendant. | Case No. 1:23-cv-17072<br><br>Honorable Manish S. Shah |

## NOTICE OF SETTLEMENT IN PRINCIPLE

NOW COMES Plaintiff, Abreu Santiago, by and through his undersigned counsel, and notifies the Court that the Parties have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing a Settlement Agreement and Stipulation of Dismissal. Plaintiff respectfully requests thirty (30) days to file a Stipulation of Dismissal.

    Respectfully submitted,

    CASS LAW GROUP, P.C.

    /s/ Angela C. Spears
    Angela C. Spears (IL Bar #: 6327770)
    CASS LAW GROUP, P.C.
    20015 S. LaGrange Rd #1098
    Frankfort, IL 60423
    T: (833) 343-6743
    F: (855) 744-4419
    E: aspears@casslawgroup.com
    *Counsel for Plaintiff*

Dated: May 6, 2024