**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Abreu Santiago
                              Plaintiff,

v.                                                                 Case No.: 1:23−cv−17072
                                                                       Honorable Manish S. Shah

ARPS, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 14, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff was ordered to file a status report or a notice of dismissal by 6/6/24. This case is dismissed without prejudice, with leave to reinstate by 6/24/24. If no motion to reinstate is filed, the dismissal will automatically convert to a dismissal with prejudice. Terminate civil case. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.